IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MARIS HERZOG, )
)
Plaintiff, )
)
-vs- )
)
VILLAGE OF WINNETKA, ILLINOIS, and )
WINNETKA POLICE OFFICERS )
POWELL and COLLERAN, )
)
Defendants. )

00C 4439

*(jury demand)*

JUDGE HIBBLER

MAGISTRATE JUDGE
GERALDINE SOAT BROWN

DOCKETED
JUL 27 2000

## COMPLAINT

Plaintiff, by counsel, alleges as follows:

1. This is a civil action arising under 42 U.S.C. §1983. The jurisdiction of this Court is conferred by 28 U.S.C. §1343 and 28 U.S.C. §1367.

2. Plaintiff Maris Herzog is a female resident of the Northern District of Illinois.

3. Defendants Powell and Colleran were all times relevant acting under color of their office as police officers of the Village of Winnetka, Illinois.

4. Defendant Village of Winnetka, Illinois is an Illinois municipal corporation and is joined in this action under the Court's supplemental jurisdiction pursuant to 28 U.S.C. §1367.

5. At about 1:20 a.m. on November 28, 1996, plaintiff, while operating her motor vehicle in a southbound direction on Sheridan Road in the Village of Winnetka, Illinois, was pulled over by defendant Powell, who was

acting under color of her office as a Winnetka police officer.

6. After pulling plaintiff over, defendant Powell was joined by defendant Colleran.

7. While plaintiff was being detained by defendants, defendant Powell inserted a device into plaintiff's mouth, thereby violating rights secured to plaintiff by the Fourth and Fourteenth Amendments to the Constitution of the United States and causing plaintiff to receive personal injuries.

8. Defendants Powell and Colleran caused plaintiff to be formally arrested and transported to the police station, where a breathalyzer test confirmed that plaintiff's blood alcohol level was zero.

9. Defendants Powell and Colleran did not have any lawful basis to cause plaintiff to be formally arrested, transported to the police station, and subjected to a breathalyzer test. In causing plaintiff to be formally arrested, transported to the police station, and subjected to a breathalyzer test, defendants Powell and Colleran caused plaintiff to be deprived of rights secured by the Fourth and Fourteenth Amendments to the Constitution of the United States and caused plaintiff to be deprived of her liberty, embarrased, humiliated, and subjected to extreme emotional distress.

10. After the breathalyzer confirmed that plaintiff was not under the influence of alcohol, defendant Powell caused plaintiff to be transported (in handcuffs) to a hospital, where plaintiff was required to submit to blood and urine tests.

11. In causing plaintiff to be transported to the hospital and subjected to blood and urine tests, defendant Powell caused plaintiff to be deprived of rights secured by the Fourth and Fourteenth Amendments to the Constitution of the United States and caused plaintiff to be deprived of her liberty, embarrased, humiliated, and subjected to extreme emotional distress.

12. The results of the blood and urine tests confirmed that plaintiff had not been under the influence of any controlled substance.

13. All charges against plaintiff were dropped at her initial court appearance after the prosecutor recognized that plaintiff was not guilty of any offense.

14. The actions of defendants Powell and Colleran in causing plaintiff to be charged with driving while under the influence where undertaken in the course of their employment as employees of the Village of Winnetka and constitute the Illinois tort of malicious prosecution.

15. As the direct and proximate result of defendants' wrongful acts, plaintiff was unlawfully arrested, subjected to unconstitutional treatment following her arrest, wrongfully prosecuted with a crime, required to retain counsel, lose wages, suffered damage to hher reputation, and incurred severe and extreme emotional distress.

16. Plaintiff hereby demands trial by jury.

WHEREFORE plaintiff prays that judgment be entered against defendant Powell in an amount in excess of one hundred thousand dollars as compensatory damages and twenty five thousand dollars as punitive damages, against

defendant Colleran in an amount in excess of fifty thousand dollars as compensatory damages, and against the Village of Winnetka in an amount in excess of fifty thousand dollars as compensatory damages.

KENNETH N. FLAXMAN
122 South Michigan Avenue
Suite 1850
Chicago, Illinois 60603

(312) 427-3200

*attorney for plaintiff*

JS 44
(Rev. 12/96)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

MARIS HERZOG

**DOCKETED**
JUL 27 2000

## DEFENDANTS

VILLAGE OF WINNETKA, ILLINOIS, and
WINNETKA POLICE OFFICERS POWELL and
COLLE...

**00C 4439**

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF  Cook
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT  Cook
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**JUDGE HIBBLER**

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Kenneth N. Flaxman
122 S Michigan Ave., Suite 1850
Chicago, Illinois  60603
(312) 427-3200

ATTORNEYS (IF KNOWN)

**MAGISTRATE JUDGE
GERALDINE SOAT BROWN**

## II. BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☒ 2 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## V. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

[Nature of suit checkbox grid — 440 Other Civil Rights marked]

## VI. CAUSE OF ACTION

42 USC §1983: unlawful arrest and search

## VII. REQUESTED IN COMPLAINT

CHECK IF THIS IS A CLASS ACTION ☐ UNDER F.R.C.P. 23
DEMAND $ 100,000
CHECK YES only if demanded in complaint
JURY DEMAND: ☒ YES ☐ NO

VIII. This case ☒ is not a refiling of a previously dismissed action.
☐ is a refiling of case number ____, previously dismissed by Judge ____

DATE  7/21/00

SIGNATURE OF ATTORNEY OF RECORD

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

In the Matter of
MARIS HERZOG, Plaintiff
    vs.
VILLAGE OF WINNETKA, IL, et al
    Defendants.

DOCKETED
JUL 27 2000

Case Number: **00C 4439**



FILED-EDS
00 JUL 21 PM 3:01
CLERK
U.S. DISTRICT COURT

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR:

Maris Herzog, plaintiff

JUDGE HIBBLER

MAGISTRATE JUDGE
GERALDINE SOAT BROWN

| (A) | (B) |
|---|---|
| SIGNATURE | SIGNATURE |
| NAME KENNETH N. FLAXMAN | NAME |
| FIRM Kenneth N. Flaxman PC | FIRM |
| STREET ADDRESS 122 South Michigan Ave., Suite 1850 | STREET ADDRESS |
| CITY/STATE/ZIP Chicago, Illinois 60603 | CITY/STATE/ZIP |
| TELEPHONE NUMBER (312) 427-3200 | TELEPHONE NUMBER |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) 00830399 | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) |
| MEMBER OF TRIAL BAR? YES ☒ NO ☐ | MEMBER OF TRIAL BAR? YES ☐ NO ☐ |
| TRIAL ATTORNEY? YES ☒ NO ☐ | TRIAL ATTORNEY? YES ☐ NO ☐ |
| | DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☐ |

| (C) | (D) |
|---|---|
| SIGNATURE | SIGNATURE |
| NAME | NAME |
| FIRM | FIRM |
| STREET ADDRESS | STREET ADDRESS |
| CITY/STATE/ZIP | CITY/STATE/ZIP |
| TELEPHONE NUMBER | TELEPHONE NUMBER |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) |
| MEMBER OF TRIAL BAR? YES ☐ NO ☐ | MEMBER OF TRIAL BAR? YES ☐ NO ☐ |
| TRIAL ATTORNEY? YES ☐ NO ☐ | TRIAL ATTORNEY? YES ☐ NO ☐ |
| DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☐ | DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☐ |

PLEASE COMPLETE IN ACCORDANCE WITH INSTRUCTIONS ON REVERSE.